UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                                                             ) CASE NO. CR08-380-RSL
    Plaintiff,                           )
                                                            )
    v.                                  )
                                                   ) SUMMARY REPORT OF U.S.
MICHAEL WALTER ROOT,         ) MAGISTRATE JUDGE AS TO
                                                 ) ALLEGED VIOLATIONS
    Defendant.                     ) OF SUPERVISED RELEASE
_____)

      An initial hearing on supervised release revocation in this case was scheduled before me on April 26, 2012. The United States was represented by AUSA Norman Barbosa for Bruce Miyake and the defendant by Terrence Kellogg. The proceedings were digitally recorded.

      Defendant had been sentenced on or about July 10, 2009 by the Honorable Robert S. Lasnik on a charge of Bank Robbery, and sentenced to 44 months custody, three years supervised release.

      The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, participate in a mental health program, pay restitution in the amount of

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

$7,170.00, provide his probation officer with financial information as requested, maintain a single checking account for all financial transactions, be prohibited from incurring new credit obligations or opening new lines of credit, and be prohibited from employment for cash or self-employment or employment by persons known to defendant unless pre-approved by his probation officer. (Dkt. 57.)

The conditions of supervised release were modified on March 7, 2012 to require defendant to reside in a residential reentry center for up to 120 days. (Dkt. 59.)

In an application dated (Dkt. 60, 61), U.S. Probation Officer Christopher S. Luscher alleged the following violation of the conditions of supervised release:

1. Failing to satisfactorily participate in a residential reentry center program, on or about April 24, 2012, in violation of his special condition of supervised release.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The disposition hearing will be set before Judge Lasnik.

///
///
///
///
///

Pending a final determination by the Court, defendant has been detained. A detention hearing is set for April 30, 2012.

DATED this 26th day of April, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge:      Honorable Robert S. Lasnik
    AUSA:                Norman Barbosa
    Defendant's attorney: Terrence Kellogg
    Probation officer:   Christopher S. Luscher

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3