UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICHAEL W. ROOT,<br><br>                    Defendant. | Case No. CR08-380-RSL<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on April 24, 2013. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Bruce Miyake, and defendant was represented by Terrence Kellog. Also present was U.S. Probation Officer Jennifer Tien. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on June 26, 2009, by the Honorable Robert S. Lasnik for Bank Robbery. He received 44 months detention and 3 years of supervised release.

Mr. Root's initial term of supervision commenced on March 9, 2012. On April 25, 2012, a violation report and request for warrant alleged Mr. Root had violated the conditions of his supervised release by failing to satisfactorily participate in a residential reentry center program.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

On May 10, 2012, Mr. Root's term of supervised release was revoked and he was sentenced to 45 days imprisonment, to be followed by a 3 year term of supervised release.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated June 8, 2012, U.S. Probation Officer Todd Sanders alleged that defendant violated the following conditions of supervised release:

1. Failing to satisfactorily participate in a residential reentry center program, on or about June 11, 2012, in violation of his special condition of supervised release.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on May 10, 2013 at 11:30 a.m. before District Judge Robert S. Lasnik.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 24th day of April, 2013.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 2